B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Northern District of Florida, Panama City Division

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Boyd Brothers, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**59-0773229** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**425 East 15th St.**<br>**Panama City, FL**<br>ZIP Code **32405** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Bay** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Boyd Brothers, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
| --- | --- | --- |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
| --- | --- | --- |
| District: | Relationship: | Judge: |

---

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
    Signature of Attorney for Debtor(s)   (Date)

---

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

---

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

---

**Information Regarding the Debtor - Venue**
(Check any applicable box)

- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
- ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

- ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

- ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and
- ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.
- ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)  Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Boyd Brothers, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _/s/ Edward J. Peterson, III_
Signature of Attorney for Debtor(s)

**Edward J. Peterson, III, Bar No. 0014612**
Printed Name of Attorney for Debtor(s)

**Stichter, Riedel, Blain & Prosser, P.A.**
Firm Name

**110 E. Madison St.
Suite 200
Tampa, FL 33602**
Address

**(813) 229-0144  Fax: (813) 229-1811**
Telephone Number

_October 7, 2011_
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/ James A. Boyd, Jr._
Signature of Authorized Individual

**James A. Boyd, Jr.**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

_October 7, 2011_
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

A to Z Filters
1750 Frankford Ave., #D
Panama City, FL 32405

AAA Cooper Transportation
P.O. Box 102442
Atlanta, GA 30368-2442

AAG Electric Motors & Pumps, Inc.
P.O. Box 1198
Lynn Haven, FL 32444

Able Body Labor/MDT Personnel, LLC
P.O. Box 30777
Tampa, FL 33630

Accurate Control Equipment, Inc.
P.O. Box 533
Fairhope, AL 36533

Actega Kelstar, Inc.
950 S. Chester Avenue
Suite B2
Delran, NJ 08075

Advent Machine & Tool Inc.
70 Toledo Street
Farmingdale, NY 11735

Air Power Services, Inc.
530 N. New Warrington Road
Pensacola, FL 32506

All Points Capital Corp.
275 Broad Hollow Rd.
Melville, NY 11747

All Points Capital Corp.
c/o Melanie A. Hines, Esq.
125 S. Gadsden St., #300
Tallahassee, FL 32301

Allied Electronics, Inc.
P.O. Box 2325
Fort Worth, TX 76113-2325

American Express
P.O. Box 981535
El Paso, TX 79998-1535

APC Postal Logistics
P,O. Box 412
East Rutherford, NJ 07073

Atlas Copco Compressors, LLC
4140 World Houston
Suite 120
Houston, TX 77032

B.H. Bunn Company
2730 Drane Field Rd.
Lakeland, FL 33811

Bay County Tax Collector
650 Mulberry Ave.
Panama City, FL 32401

Bindtech,Inc.
1232 Antioch Pike
Nashville, TN 37211

Bush Air Conditioning
1750 Frankford Avenue
Panama City, FL 32405

Kimberly Callaway
c/o Michael Harper, Esq.
635 W. Garden St.
Pensacola, FL 32502

Carolina Handling
Corporate Headquarters
P.O. Box 890352
Charlotte, NC 28289-0352

Carton Craft Supply, Inc.
P.O. Box 105328
Atlanta, GA 30348

Cecilia Redding Boyd, P.A.
P.O. Box 69
Panama City, FL 32402

CIT Technology Financial
21146 Network Place
Chicago, IL 60673-1211

Citicorp Leasing, Inc.
450 Mamaroneck Ave.
Harrison, NY 10528

Con-Way Freight, Inc.
P.O. Box 5160
Everett, WA 98208

Consolidated Plastics Co., Inc.
4700 Prosper Dr.
Stow, OH 44224

Creative Printing Of Bay County, Inc.
1328 Harrison Avenue
Panama City, FL 32401-2435

Crown Roll Leaf, Inc.
91 Illinois Ave.
Paterson, NJ 07503

Day International, Inc.
Flint Group North America
P.O. Box 643526
Pittsburgh, PA 15264-3526

De Lage Landen Financial
P.O. Box 41602
Philadelphia, PA 19101

Ennis, Inc.
P.O. Box 841741
Dallas, TX 75284-1741

Everbank Commercial Finance, Inc.
Dept. #1608
Denver, CO 80291-1608

Fedex
P.O. Box 660481
Dallas, TX 75266-0481

Florida Dental Association
1111 E. Tennesse St.
Tallahassee, FL 32308-6914

Florida Hose & Rubber, Llc
1145 East 15Th Street
Panama City, FL 32405

Florida Knife Co.
1735 Apex Road
Sarasota, FL 34240

FSAE Foundation
2410 Mahan Dr., #2
Tallahassee, FL 32308

G.E. Richards Graphics Supplies, Inc.
928 Links Ave.
Landisville, PA 17538

GE Capital
P.O. Box 7247-7878
Philadelphia, PA 19170-7878

Goss Int'L Americas, Inc.
121 Technology Drive
Durham, NH 03824

Green Light Controls LLC
271 East Green Street
Westminster, MD 21157

Gulf Power Company
P.O. Box 2448
Panama City, FL 32402

Gulfcoast Business Finance, Inc.
227 Second Avenue North
Jacksonville, FL 32256

Hancock Bank
c/o William E. Bond, Esq.
125 W. Romana St., #800
Pensacola, FL 32502

Hancock Bank
P.O. Box 2950
Panama City, FL 32402-2950

Hancock Bank, as successor in interest
to Peoples First Community Bank
1022 W. 23rd St., 6th Floor
Panama City, FL 32405

Heidelberg Usa, Inc.
1000 Gutenberg Drive NW
Kennesaw, GA 30144-7028

Hilton - University of Florida
1714 SW 34th St.
Gainesville, FL 32607

Hitachi Capital America Group
21925 NEtwork Place
Chicago, IL 60673

Imaging Financial Services, Inc.
100 Kings Highway South
Suite 2000
Rochester, NY 14617

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

James Boyd, Jr.
425 East 15th St.
Panama City, FL 32405

JBC of Panama City, Inc.
1002 W. 23rd St., #400
Panama City, FL 32405

Jerry Pybus Electric, Inc.
P.O. Box 6500
Panama City, FL 32404-0500

Key Electrical Supply, Inc.
P.O. Box 528
Panama City, FL 32402-0528

L.D. Davis Industries, Inc.
1725 The Fairway
Jenkintown, PA 19046-1400

Labor Ready, Inc.
P.O. Box 740435
Atlanta, GA 30374-0435

Leitz Office Products
1119 Florida Ave.
Lynn Haven, FL 32444

Mac Papers, Inc.
1425 Commerce Blvd
Midway, FL 32343

Maintenance Engineering,. Ltd.
P.O. Box 2123
Fargo, ND 58107

Maritech Machine Shop
1740 Sherman Avenue
Panama City, FL 32405

Masterman's
P.O. Box 411
Auburn, MA 01501-0411

McConnell Printing Company
P.O. Box 695
Panama City, FL 32402-0695

McMaster-Carr Supply Company
6100 Fulton Industrial Blvd. SW
Atlanta, GA 30336-2852

Metro Atlanta Chamber of Commerce
P.O. Box 1740
Atlanta, GA 30301

Milpak Graphics
P.O. Box 490
King, NC 27021

Motion Industries, Inc.
102 W 14th Street
Panama City, FL 32401

Muller-Martini Corp.
40 Rabro Drive
Hauppauge, NY 11788

Neopost
PO Box 30193
Tampa, FL 33630-3193

Newark Group, The
1750 9th Street
Mobile, AL 36615

Nicoat
1600 Glenlake Ave.
Itasca, IL 60143

Panama City Pallet, Inc.
1706 Maple Avenue
Panama City, FL 32405

Penske Truck Leasing Co., L.P.
P.O. Box 532658
Atlanta, GA 30353-2658

People's Capital and Leasing Corp.
255 Bank St., 4th Floor
Waterbury, CT 06702

Peoples Capital and Leasing Corp.
c/o Robert Menzies, Esq.
850 Park Short Dr., 3rd Floor
Naples, FL 34103

Peoples First Insurance, Inc.
1002 W. 23rd Street
Suite 130
Panama City, FL 32405

Pitman Company
4005 Royal Drive
Suite 100
Kennesaw, GA 30144

Print Craft
210 Curie Dr.
Alpharetta, GA 30005

Print Xcel
P.O. Box 536900
Atlanta, GA 30353-6900

Printer's Service of Florida
26 Blanchard Street
Newark, NJ 07105-4702

Printers Service of Florida
1500 NW 27 Ave
Unit 22
Pompano Beach, FL 33069

Process Management Technologies, Inc.
910 S. College Avenue
Salem, VA 24153

PVC Spiral Supply
123 E. 45Th Street
Boise, ID 83714-4836

R+L Carriers, Inc.
600 Gillam Rd.
Wilmington, OH 45177

RCA Capital Corp.
21-00 Route 208
Fair Lawn, NJ 07410

Regions Equipment Finance Corp.
P.O. Box 11407
Birmingham, AL 35246-0557

Reid Tool Supply Company
P.O. Box 179
Muskegon, MI 49443-0179

Rima Enterprises, Inc.
5340 Argosy Ave.
Huntington Beach, CA 92649

Roosevelt Paper Company
Lockbox # 5175
P.O. Box 8500
Philadelphia, PA 19178-5175

Rotation Dynamics Corporation
5708 Reliable Pkwy.
Chicago, IL 60686-0057

Roto-Rooter
2990 Minnesota Avenue
Lynn Haven, FL 32444

Rowland Publishing
P.O. Box 1837
Tallahassee, FL 32302

Scott Office Systems, L.L.C.
32131 Industrial Rd
Livonia, MI 48150

Screen Printing Technical Service
11236 Western Avenue
Unit F10
Stanton, CA 90680

Service Access
2310 Pendley Rd.
Cumming, GA 30041

Siemens Financial Services, Inc.
170 Wood Avenue
Iselin, NJ 08830

Siemens Financial Services, Inc.
c/o Daniel Jackson, Esq.
222 N. LaSalle St.
Chicago, IL 60601

Siemens Financial Services, Inc.
c/o Bill Hutto, Esq.
P.O. Box 2528
Panama City, FL 32402

Sierra Chemical Corp
4524 Southlake Parkway
Suite 34 Pmb-101
Birmingham, AL 35244

SimplexGrinnell
859 Butler Drive
Mobile, AL 36693-5105

Southern Cleaning Supply Co., Inc.
P.O. Box 15097
Panama City, FL 32406

Superior Printing Ink Co. Inc.
100 North Street
Teterboro, NJ 07608-1202

Superior Propane Gas Co.
P.O. Box 4098
Panama City, FL 32401

Taconic Wire
250 Totoket Rd
North Branford, CT 06471

Technotrans America, Inc.
P.O. Box 5815
Carol Stream, IL 60197-5815

Thompson Tractor Co., Inc.
3401 Pinson Hwy
Birmingham, AL 35202

Tipton, Marler, Garner & Chastain
P.O. Box 1100
Panama City, FL 32402-1100

Toyo Ink America, Inc.
710 W. Belden
Suite B
Addison, IL 60101

U.S. Bancorp Equipment Finance, Inc
PO Box 230789
Portland, OR 97281

U.S. Small Business Administration
7825 Baymeadows Way
Suite 100-B
Jacksonville, FL 32258

Unifirst
900 Cherry Street
Panama City, FL 32401

Unisource Worldwide, Inc.
6600 Governors Lake Parkway
Norcross, GA 30071

Unisource Worldwide, Inc.
850 N. Arlington Heights Rd
Itasca, IL 60143

Unitec
4906 Savarese Circle
Tampa, FL 33634

Update, Ltd.
134 Peavey Circle
Chaska, MN 55318

US Express Leasing, Inc.
10 Waterview Blvd.
Parsippany, NJ 07054

Video Jet Technologies
1500 Mittel Blvd
Wood Dale, IL 60191-1072

Watkins & Associates, Inc
5395 Webb Parkway
Lilburn, GA 30047

Wells Fargo Equipment Finance, Inc.
c/o Christopher Couch, Esq.
1819 5th Ave., #1100
Birmingham, AL 35203

Wells Fargo Equipment Finance, Inc.
Nw-8178
P.O. Box 1450
Minneapolis, MN 55485-8178

Wells Fargo Financial Leasing
300 Tri State International
Suite 400
Lincolnshire, IL 60069-4417

Xpedx
3208 W. Tharpe Street
Tallahassee, FL 32303

Zee Medical Service
P.O. Box 1619
Seffner, FL 33584