B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Florida, Panama City Division

In re  Boyd Brothers, Inc.
           Debtor(s)

Case No. _____
Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Xpedx<br>3208 W. Tharpe Street<br>Tallahassee, FL 32303 | Xpedx<br>3208 W. Tharpe Street<br>Tallahassee, FL 32303 | | | 1,042,424.55 |
| JBC of Panama City, Inc.<br>1002 W. 23rd St., #400<br>Panama City, FL 32405 | JBC of Panama City, Inc.<br>1002 W. 23rd St., #400<br>Panama City, FL 32405 | | | 245,979.00 |
| Pitman Company<br>4005 Royal Drive<br>Suite 100<br>Kennesaw, GA 30144 | Pitman Company<br>4005 Royal Drive<br>Suite 100<br>Kennesaw, GA 30144 | | | 124,305.40 |
| G.E. Richards Graphics Supplies, Inc.<br>928 Links Ave.<br>Landisville, PA 17538 | G.E. Richards Graphics Supplies, Inc.<br>928 Links Ave.<br>Landisville, PA 17538 | | | 119,413.96 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | | 111,852.77 |
| Gulf Power Company<br>P.O. Box 2448<br>Panama City, FL 32402 | Gulf Power Company<br>P.O. Box 2448<br>Panama City, FL 32402 | | | 92,495.69 |
| Toyo Ink America, Inc.<br>710 W. Belden<br>Suite B<br>Addison, IL 60101 | Toyo Ink America, Inc.<br>710 W. Belden<br>Suite B<br>Addison, IL 60101 | | | 70,599.52 |
| American Express<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | American Express<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | | | 54,986.65 |
| Peoples First Insurance, Inc.<br>1002 W. 23rd Street<br>Suite 130<br>Panama City, FL 32405 | Peoples First Insurance, Inc.<br>1002 W. 23rd Street<br>Suite 130<br>Panama City, FL 32405 | | | 50,000.00 |
| Unisource Worldwide, Inc.<br>850 N. Arlington Heights Rd<br>Itasca, IL 60143 | Unisource Worldwide, Inc.<br>850 N. Arlington Heights Rd<br>Itasca, IL 60143 | | | 38,600.61 |

B4 (Official Form 4) (12/07) - Cont.
In re   Boyd Brothers, Inc.                                           Case No.
                            Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Roosevelt Paper Company<br>Lockbox # 5175<br>P.O. Box 8500<br>Philadelphia, PA 19178-5175 | Roosevelt Paper Company<br>Lockbox # 5175<br>P.O. Box 8500<br>Philadelphia, PA 19178-5175 | | | 22,823.99 |
| Muller-Martini Corp.<br>40 Rabro Drive<br>Hauppauge, NY 11788 | Muller-Martini Corp.<br>40 Rabro Drive<br>Hauppauge, NY 11788 | | | 18,591.04 |
| Unifirst<br>900 Cherry Street<br>Panama City, FL 32401 | Unifirst<br>900 Cherry Street<br>Panama City, FL 32401 | | | 16,445.64 |
| L.D. Davis Industries, Inc.<br>1725 The Fairway<br>Jenkintown, PA 19046-1400 | L.D. Davis Industries, Inc.<br>1725 The Fairway<br>Jenkintown, PA 19046-1400 | | | 11,458.16 |
| Atlas Copco Compressors, LLC<br>4140 World Houston<br>Suite 120<br>Houston, TX 77032 | Atlas Copco Compressors, LLC<br>4140 World Houston<br>Suite 120<br>Houston, TX 77032 | | | 11,362.15 |
| Florida Hose & Rubber, Llc<br>1145 East 15Th Street<br>Panama City, FL 32405 | Florida Hose & Rubber, Llc<br>1145 East 15Th Street<br>Panama City, FL 32405 | | | 10,023.98 |
| R+L Carriers, Inc.<br>600 Gillam Rd.<br>Wilmington, OH 45177 | R+L Carriers, Inc.<br>600 Gillam Rd.<br>Wilmington, OH 45177 | | | 8,694.89 |
| Bindtech,Inc.<br>1232 Antioch Pike<br>Nashville, TN 37211 | Bindtech,Inc.<br>1232 Antioch Pike<br>Nashville, TN 37211 | | | 7,876.80 |
| Video Jet Technologies<br>1500 Mittel Blvd<br>Wood Dale, IL 60191-1072 | Video Jet Technologies<br>1500 Mittel Blvd<br>Wood Dale, IL 60191-1072 | | | 7,368.19 |
| Bush Air Conditioning<br>1750 Frankford Avenue<br>Panama City, FL 32405 | Bush Air Conditioning<br>1750 Frankford Avenue<br>Panama City, FL 32405 | | | 6,920.48 |

B4 (Official Form 4) (12/07) - Cont.

In re   Boyd Brothers, Inc.                                         Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   10/07/11                    Signature   _____
                                               James A. Boyd, Jr.
                                               President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.